# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACLYN LIESMAN, derivatively on behalf of MABVAX THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>J. DAVID HANSEN, *et al.*,<br><br>　　　　　　　　　　　Defendants,<br><br>　　-and-<br><br>MABVAX THERAPEUTICS HOLDINGS, INC.<br><br>　　　　　　　　　Nominal Defendant. | Case No. 18-cv-2237-BAS-MSB<br>　　　　　　18-cv-2302-BAS-MSB<br><br>**ORDER LIFTING STAY AND CLOSING CASE** |

In 2018, Jaclyn Liesman and Brian Jackson commenced purported stockholder derivative actions on behalf of Nominal Defendant MabVax Therapeutics Holdings ("MabVax") against certain of MabVax's directors. The cases were consolidated. On March 26, 2019, MabVax filed a Notice of Suggestion of Bankruptcy, informing this Court that MabVax had filed a voluntary petition for relief. The Court stayed this action pending resolution of MabVax's bankruptcy case. Plaintiffs now inform the Court that on March 5, 2020, the United States Bankruptcy Court for the District

of Delaware entered an order approving and confirming the Second Amended Combined Disclosure Statement and Joint Plan of Liquidation for Debtors (the "Plan"). (ECF No. 19, at 1.) Pursuant to the Plan, all of the claims in this consolidated action were released. (*Id.*) No defendant has answered or otherwise responded to the Verified Consolidated Stockholder Derivative Complaint. (*Id.* at 2.) Plaintiffs request dismissal of all claims in this action on behalf of Nominal Defendant MabVax.

The Court **LIFTS** the stay of this case. Because Plaintiffs' notice of dismissal concludes the litigation in this matter, the Clerk is instructed to close the case.

**IT IS SO ORDERED.**

**DATED: April 28, 2020**

Hon. Cynthia Bashant
United States District Judge